UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00102

**Robert Alan Harness,**
*Plaintiff,*

v.

**Longview Police Department et al.,**
*Defendants.*

## ORDER

Plaintiff Robert Alan Harness, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 20) concluding that the complaint should be dismissed with prejudice until the *Heck* conditions are met. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994); *Johnson v. McElveen*, 101 F.3d 423, 424 (5th Cir. 1996). No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court accepts the report and recommendation (Doc. 20). Plaintiff's complaint is dismissed with prejudice until the *Heck* conditions are met.

*So ordered by the court on May 24, 2022.*

J. CAMPBELL BARKER
United States District Judge